UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| KATHLEEN McKEE, | ) | CIVIL NO. 11-11803 |
| | ) | |
| Plaintiff, | ) | HON. ROBERT H. CLELAND, |
| | ) | DISTRICT JUDGE |
| v. | ) | |
| | ) | HON. MARK A. RANDON, |
| MICHAEL J. ASTRUE, | ) | MAGISTRATE JUDGE |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## J U D G M E N T

In accordance with this Court's order dated  January 27, 2012, judgment is hereby entered reversing the Commissioner's decision with remand to the agency for further evaluation pursuant to the fourth sentence of 42 U.S.C. § 405(g).

    S/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated:  January 27, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, January 27, 2012, by electronic and/or ordinary mail.

    S/Lisa Wagner
    Case Manager and Deputy Clerk
    (313) 234-5522